**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-6424**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

QUADRICK MONTRELL EVERETTE, a/k/a Quat,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Dever III, District Judge.  (4:10-cr-00043-D-1)

———————

Submitted:  August 29, 2023                           Decided:  September 1, 2023

———————

Before KING, AGEE, and BENJAMIN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Quadrick Montrell Everette, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quadrick Montrell Everette appeals the district court's order denying his motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Upon review of the record, we discern no abuse of discretion in the district court's determination that the relevant 18 U.S.C. § 3553(a) factors weighed against compassionate release. *See United States v. Hargrove*, 30 F.4th 189, 195 (4th Cir. 2022) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*